No. 93–6146.  AKINS ET UX. *v.* COTTON ET AL.  C. A. 3d. Cir. Certiorari denied.

No. 93–6147.  HOWARD *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 93–6151.  HENRY *v.* GULFPORT PAPER CO., INC.  C. A. 5th Cir.  Certiorari denied.

No. 93–6152.  HARMER *v.* ADKINS, ASSISTANT SUPERINTENDENT, INDIANA STATE PRISON, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 93–6154.  HILL *v.* BURD.  C. A. 3d Cir.  Certiorari denied.

No. 93–6164.  PAGE *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 93–6166.  OVERSTREET *v.* CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–6172.  CRUSE *v.* BROWN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–6173.  HUGHEY *v.* HAMPTON, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–6182.  PERRY *v.* McKUNE, WARDEN, ET AL.  Sup. Ct. Kan.  Certiorari denied.

No. 93–6185.  GOLDSMITH *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 93–6186.  BROOKE *v.* DUKE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–6192.  GORRION *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 93–6194.  OSBORNE ET UX. *v.* BALL.  Sup. Ct. Tex. Certiorari denied.

No. 93–6199.  STRICKLAND *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.